UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

TODD SCHOOK

Case Number: 6:06-Cr-18-Orl-31KRS

USM Number: 26430-018

Michelle P. Smith
Federal Public Defender's Office
201 S. Orange Avenue #300
Orlando, Fl 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers 1, 2, 3, 4, and 5. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | Failure to Report | January 3, 2007 |
| 2 | Positive Urinalysis | November 30, 2006 |
| 3 | Positive Urinalysis | December 11, 2006 |
| 4 | Positive Urinalysis | December 21, 2006 |
| 5 | Failure to Participate in Drug Aftercare Treatment | January 2, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

5/23/2007

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

May 23, 2007

TODD SCHOOK  
6:06-Cr-18-Orl-31KRS

Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **9 Months**.

It is FURTHER **ORDERED** that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By:_____  
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case